[No. 6506-8-I. Division One. March 31, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ROSE MARIE GREEN, *Defendant,* CAROL JEAN WESTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83844, Jerome M. Johnson, J., entered April

24, 1978. *Reversed* by unpublished opinion per Swanson, J., concurred in by Andersen and Durham–Divelbiss, JJ.